## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re

**JESSICA L. CUTLER,**                              Case No. 07-31459-5-MCR

                 **Debtor**

**ROBERT STEINBUCH,**

                 **Plaintiff,**

            **v.**                              Adv. Pro. No. 07-50064-5-MCR

**JESSICA L. CUTLER**

               **Defendant**


## <u>JOINT MOTION TO LIFT STAY</u>

Debtor, Jessica L. Cutler, who is also the defendant in the adversary proceeding that has been filed against her by Robert Steinbuch, plaintiff, in the within Chapter 7 matter, and Plaintiff Robert Steinbuch state as follows:

1.    There is pending in the United States Court of Appeals for the Eighth Circuit an appeal in the case of Robert Steinbuch, appellant, v. Jessica Cutler, appellee, docket No. 07-1509. On July 18, 2007, that court entered an order to stay the proceeding as to Jessica Cutler pursuant to the automatic stay provision of 11 U.S.C. § 362, as a result of the filing of the bankruptcy petition in the instant case.

2. The within adversary proceeding has been settled and movants wish to dismiss the appeal in the Eight Circuit Court of Appeals.

3. There is pending in the United States District Court for the District of Columbia the case of Robert Steinbuch, plaintiff, v. Jessica Cutler, defendant, docket No. 01:05-CV-00970, and that court entered an order to stay the proceeding pursuant to the automatic stay provision of the Bankruptcy Code as a result of the filing of the bankruptcy petition in the instant case. The claims in that case have been settled and movants wish to dismiss the lawsuit in the District Court for the District of Columbia.

WHEREFORE, Plaintiff Robert Steinbuch and Defendant Jessica Cutler jointly move this court to enter an order lifting the automatic stay imposed by 11 U.S.C. § 362, waiving the twenty-day waiting period required by the statute and granting all proper relief.

/s/ Robert Steinbuch
Robert Steinbuch
6834 Cantrell Rd. #222
Little Rock, AR 72207
rsteinbuch@gmail.com

/s/ Matthew C. Billips
Matthew C. Billips
Billips & Benjamin, LLP
567 LaDonna Drive
Decatur, GA 30032
ph: (404) 298-4584
fax: (404) 298-0553
billips@johnsonandbenjamin.com

Robert B. Ribarovski
Bar Roll No.: 510626
110 West Fayette Street, Suite 1010
Syracuse, New York  13202
Tel: (315)  474-8800

**COUNSEL FOR DEFENDANT
JESSICA CUTLER**