RIBAROVSKI LAW OFFICE, P.C.
Robert B. Ribarovski
Attorney At Law
One Lincoln Center, Suite 1010
110 West Fayette Street
Syracuse, New York 13202
Tel: (315) 474-8800
Fax: (315) 476-0025

December 7, 2009

U.S. Bankruptcy Court Clerk
James M. Hanley Federal Building
100 S Clinton St, Rm 315
PO Box 7008
Syracuse, NY 13261-7008

    **Debtor:**    **Jessica L. Cutler**
    **Case No.:**  **07-31459**

To The Court Clerk:

    Please withdraw Stipulation (Docket #31) from case 07-31459, which was e-filed/docketed in error today.

    Thank you for your attention to this matter. If you should have any questions or comments, please do not hesitate to contact the undersigned.

Sincerely,

Robert B. Ribarovski

cc.:    File