# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re: CUTLER, JESSICA L.　　　　　　　　　§　Case No. 07-31459
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　LEE E. WOODARD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,338.00 *(without deducting any secured claims)* | Assets Exempt: $2,838.00 |
| Total Distribution to Claimants: $79,373.21 | Claims Discharged Without Payment: $20,139,150.91 |
| Total Expenses of Administration: $47,538.59 | |

　　　3)  Total gross receipts of $   126,911.80   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of $126,911.80 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 47,538.59 | 47,538.59 | 47,538.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 218,232.10 | 107,366.49 | 79,373.21 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 98,472.00 | 20,172,353.80 | 20,133,596.28 | 0.00 |
| **TOTAL DISBURSEMENTS** | $98,472.00 | $20,438,124.49 | $20,288,501.36 | $126,911.80 |

4) This case was originally filed under Chapter 7 on May 30, 2007. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2012         By: /s/LEE E. WOODARD
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TELEVISION/BOOK RIGHTS | 1123-000 | 7,437.50 |
| HBO PURCHASE OF FILM RIGHTS | 1223-000 | 106,250.00 |
| HBO CONSULTING FEE & PRODUCTION COMM. PAYMENT | 1223-000 | 7,423.95 |
| NYS DEPT. OF TAXATION & FINANCE - REFUND | 1290-000 | 5,358.04 |
| Interest Income | 1270-000 | 442.31 |
| **TOTAL GROSS RECEIPTS** | | **$126,911.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEE E. WOODARD | 2100-000 | N/A | 9,595.48 | 9,595.48 | 9,595.48 |
| LEE E. WOODARD | 2200-000 | N/A | 95.21 | 95.21 | 95.21 |
| HARRIS BEACH PLLC | 3110-000 | N/A | 8,840.00 | 8,840.00 | 8,840.00 |
| DAVID T. HAGGERTY, C.P.A. | 3410-000 | N/A | 600.00 | 600.00 | 600.00 |
| LEE E. WOODARD, TRUSTEE | 2300-000 | N/A | 6.39 | 6.39 | 6.39 |
| LEE E. WOODARD, TRUSTEE | 2300-000 | N/A | 90.00 | 90.00 | 90.00 |
| LEE E. WOODARD, TRUSTEE | 2300-000 | N/A | 82.79 | 82.79 | 82.79 |
| NEW YORK STATE INCOME TAX | 2990-000 | N/A | 5,351.00 | 5,351.00 | 5,351.00 |
| U.S. TREASURY | 2990-000 | N/A | 17,103.00 | 17,103.00 | 17,103.00 |
| NEW YORK STATE INCOME TAX | 2990-000 | N/A | 5,351.00 | 5,351.00 | 5,351.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 193.75 | 193.75 | 193.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 229.97 | 229.97 | 229.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 47,538.59 | 47,538.59 | 47,538.59 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | NYS DEPT OF TAX AND FINANCE | 5800-000 | N/A | 10,727.20 | 0.00 | 0.00 |
| 8P | Internal Revenue Service | 5800-000 | N/A | 98,436.88 | 0.00 | 0.00 |
| 8P-2 | Internal Revenue Service | 5800-000 | unknown | 98,436.88 | 98,436.88 | 72,771.79 |
| 9 | NYS DEPT OF TAX AND FINANCE | 5800-000 | unknown | 8,929.61 | 8,929.61 | 6,601.42 |
| 10 | NYS Dept. of Taxation and Finance | 5800-000 | N/A | 1,701.53 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 218,232.10 | 107,366.49 | 79,373.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | NYS DEPT OF TAX AND FINANCE | 7100-000 | N/A | 3,576.04 | 0.00 | 0.00 |
| 2 | BLDG MGMT Co, Inc | 7100-000 | 10,500.00 | 10,500.00 | 10,500.00 | 0.00 |
| 3 | Corcoran, Berliner & Rowe | 7100-000 | 55,000.00 | 54,271.19 | 54,271.19 | 0.00 |
| 4 | John Umana | 7100-000 | 8,000.00 | 7,429.10 | 7,429.10 | 0.00 |
| 5 | ECMC | 7100-000 | 20,472.00 | 21,610.46 | 21,610.46 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | 3,000.00 | 1,698.05 | 1,698.05 | 0.00 |
| 7 | Robert Steinbuch | 7100-000 | unknown | 20,000,000.00 | 20,000,000.00 | 0.00 |
| 8U | Internal Revenue Service | 7100-000 | N/A | 34,670.48 | 0.00 | 0.00 |
| 8U-2 | Internal Revenue Service | 7100-000 | N/A | 34,670.48 | 34,670.48 | 0.00 |
| 9U | NYS DEPT OF TAX AND FINANCE | 7100-000 | N/A | 3,417.00 | 3,417.00 | 0.00 |
| 10-U | NYS Dept. of Taxation and Finance | 7100-000 | N/A | 511.00 | 0.00 | 0.00 |
| NOTFILED | Crouse Hospital | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae Servicing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | SUNY Upstate Medical University Fiscal Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 98,472.00 | 20,172,353.80 | 20,133,596.28 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.  

**Trustee:** (520169) LEE E. WOODARD  
**Filed (f) or Converted (c):** 05/30/07 (f)  
**§341(a) Meeting Date:** 07/06/07  

**Period Ending:** 01/23/12  
**Claims Bar Date:** 02/19/08  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | CITIBANK CHECKING/SAVINGS | 1,038.00 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT WITH LANDLORD | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS & FURNISHINGS & COMPUTER | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | FUR JACKET | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | JEWELRY | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | DIGITAL CAMERA | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | TELEVISION/BOOK RIGHTS | Unknown | 7,437.50 | | 7,437.50 | FA |
| 10 | DOG | Unknown | Unknown | DA | 0.00 | FA |
| 11 | HBO PURCHASE OF FILM RIGHTS  (u) | 106,250.00 | 106,250.00 | | 106,250.00 | FA |
| 12 | HBO CONSULTING FEE & PRODUCTION COMM. PAYMENT  (u) | 7,423.95 | 7,423.95 | | 7,423.95 | FA |
| 13 | NYS DEPT. OF TAXATION & FINANCE - REFUND (u) | 5,358.04 | 5,358.04 | | 5,358.04 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 442.31 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $122,369.99 | $126,469.49 | | $126,911.80 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2011          **Current Projected Date Of Final Report (TFR):**    September 6, 2011  (Actual)

Printed: 01/23/2012 09:54 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-31459 | | Trustee: | LEE E. WOODARD (520169) |
| Case Name: | CUTLER, JESSICA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****92-19 - Time Deposit Account |
| Taxpayer ID #: | **-***1637 | | Blanket Bond: | $15,207,314.00  (per case limit) |
| Period Ending: | 01/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/08 | | FUNDING ACCOUNT: ********9265 | TRANSFER TO CERTIFICATE OF DEPOSIT | 9999-000 | 113,000.00 | | 113,000.00 |
| 11/13/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 46.45 | | 113,046.45 |
| 12/15/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 29.73 | | 113,076.18 |
| 01/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 27.89 | | 113,104.07 |
| 02/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.94 | | 113,118.01 |
| 03/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 14.42 | | 113,132.43 |
| 04/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.94 | | 113,146.37 |
| 05/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.96 | | 113,160.33 |
| 06/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 14.41 | | 113,174.74 |
| 07/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.96 | | 113,188.70 |
| 08/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.95 | | 113,202.65 |
| 09/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 14.42 | | 113,217.07 |
| 10/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.96 | | 113,231.03 |
| 11/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.96 | | 113,244.99 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 14.43 | | 113,259.42 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.97 | | 113,273.39 |
| 01/14/10 | | From Account #********9265 | Adjust Principal via CD Rollover | 9999-000 | 7,500.00 | | 120,773.39 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 14.86 | | 120,788.25 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 15.39 | | 120,803.64 |
| 03/16/10 | | Transfer out to account ********9266 | Transfer out to account ********9266 | 9999-000 | -120,803.64 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -303.64 | 0.00 | |
| | | | Subtotal | | 303.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $303.64 | $0.00 | |

{} Asset reference(s)

Printed: 01/23/2012 09:54 AM     V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.  

**Taxpayer ID #:** **-***1637  
**Period Ending:** 01/23/12  

**Trustee:** LEE E. WOODARD (520169)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****92-65 - Money Market Account  
**Blanket Bond:** $15,207,314.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/07 | {9} | CARLISLE & COMPANY | TELEVISION & BOOK RIGHTS COMMISSIONS; CITIBANK, NA. | 1123-000 | 7,437.50 | | 7,437.50 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.35 | | 7,438.85 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 3.78 | | 7,442.63 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 3.40 | | 7,446.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 1.52 | | 7,447.55 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.38 | | 7,448.93 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.03 | | 7,449.96 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.93 | | 7,450.89 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.94 | | 7,451.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.94 | | 7,452.77 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.88 | | 7,453.65 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.97 | | 7,454.62 |
| 10/08/08 | {11} | CARLISLE & COMPANY, LLC | HBO PURCHASE OF FILM RIGHTS; CITIBANK, N.A. | 1223-000 | 106,250.00 | | 113,704.62 |
| 10/14/08 | | ACCOUNT FUNDED: ********9219 | TRANSFER TO CERTIFICATE OF DEPOSIT | 9999-000 | | 113,000.00 | 704.62 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.80 | | 706.42 |
| 11/12/08 | 1001 | LEE E. WOODARD, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2008 FOR CASE #07-31459<br>Voided on 11/12/08 | 2300-000 | | ! 6.39 | 700.03 |
| 11/12/08 | 1001 | LEE E. WOODARD, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2008 FOR CASE #07-31459<br>Voided: check issued on 11/12/08 | 2300-000 | | ! -6.39 | 706.42 |
| 11/12/08 | 1002 | LEE E. WOODARD, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2008 FOR CASE #07-31459 | 2300-000 | | 6.39 | 700.03 |
| 11/17/08 | {12} | CARLISLE & COMPANY | CONSULTING FEE & PRODUCTION COMMENCEMENT PAYMENT; CITIBANK, N.A. | 1223-000 | 2,718.30 | | 3,418.33 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.12 | | 3,418.45 |
| 12/01/08 | {12} | CARLISLE & COMPANY | FILM PRODUCTION COMMENCEMENT COMMISSION; CITIBANK, N.A. | 1223-000 | 1,568.55 | | 4,987.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 4,987.33 |
| 01/13/09 | {12} | CARLISLE & COMPANY | COMPLETION OF PRINCIPAL PHOTOGRAPHY EARNINGS; WEEK ENDING 11/15/08; CITIBANK, N.A. | 1223-000 | 1,568.55 | | 6,555.88 |

Subtotals :   $119,562.27   $113,006.39

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 01/23/2012 09:54 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-31459 | | Trustee: | LEE E. WOODARD (520169) |
|---|---|---|---|---|
| Case Name: | CUTLER, JESSICA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****92-65 - Money Market Account |
| Taxpayer ID #: | **-***1637 | | Blanket Bond: | $15,207,314.00  (per case limit) |
| Period Ending: | 01/23/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/13/09 | {12} | CARLISLE & COMPANY | PRODUCING FEE EARNINGS; WEEK ENDING 12/20/08; CITIBANK, N.A. | 1223-000 | 1,568.55 | | 8,124.43 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 8,124.70 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 8,125.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,125.35 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,125.68 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,126.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,126.35 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,126.69 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,127.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,127.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,127.69 |
| 11/03/09 | 1003 | LEE E. WOODARD, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2009 FOR CASE #07-31459, Trustee bond premium; Bond #016027938; 11/1/09 to 11/1/2010 | 2300-000 | | 90.00 | 8,037.69 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,038.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,038.35 |
| 01/14/10 | | To Account #********9219 | Adjust Principal via CD Rollover | 9999-000 | | 7,500.00 | 538.35 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 538.50 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 538.52 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 538.53 |
| 03/16/10 | | Wire out to BNYM account 9200******9265 | Wire out to BNYM account 9200******9265 | 9999-000 | -538.53 | | 0.00 |
| | | | ACCOUNT TOTALS | | 120,596.39 | 120,596.39 | $0.00 |
| | | | Less: Bank Transfers | | -538.53 | 120,500.00 | |
| | | | Subtotal | | 121,134.92 | 96.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $121,134.92 | $96.39 | |

{} Asset reference(s)

Printed: 01/23/2012 09:54 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.  
**Taxpayer ID #:** **-***1637  
**Period Ending:** 01/23/12

**Trustee:** LEE E. WOODARD (520169)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****92-66 - Checking Account  
**Blanket Bond:** $15,207,314.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Transfer in from account ********9219 | Transfer in from account ********9219 | 9999-000 | 120,803.64 | | 120,803.64 |
| 03/16/10 | | Wire out to BNYM account 9200******9219 | Wire out to BNYM account 9200******9219 | 9999-000 | -120,803.64 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/23/2012 09:54 AM     V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.

**Taxpayer ID #:** **-***1637  
**Period Ending:** 01/23/12

**Trustee:** LEE E. WOODARD (520169)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-19 - Trustee Investment Acct  
**Blanket Bond:** $15,207,314.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9266 | Wire in from JPMorgan Chase Bank, N.A. account ********9266 | 9999-000 | 120,803.64 | | 120,803.64 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.94 | | 120,811.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 14.89 | | 120,826.47 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 15.40 | | 120,841.87 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 14.89 | | 120,856.76 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 15.40 | | 120,872.16 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 15.40 | | 120,887.56 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.97 | | 120,890.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.08 | | 120,893.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.98 | | 120,896.59 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.08 | | 120,899.67 |
| 01/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.19 | | 120,899.86 |
| 01/03/11 | | To Account #9200******9265 | Close TIA via TIA Rollover | 9999-000 | | 120,899.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 120,899.86 | 120,899.86 | $0.00 |
| | | | Less: Bank Transfers | | 120,803.64 | 120,899.86 | |
| | | | **Subtotal** | | 96.22 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$96.22** | **$0.00** | |

{} Asset reference(s)   Printed: 01/23/2012 09:54 AM   V.12.57

Exhibit 9

# FORM 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.  
**Taxpayer ID #:** **-***1637  
**Period Ending:** 01/23/12

**Trustee:** LEE E. WOODARD (520169)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-65 - Money Market Account  
**Blanket Bond:** $15,207,314.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | 9999-000 | 538.53 | | 538.53 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 538.54 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 538.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 538.60 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 538.63 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 538.66 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 538.69 |
| 11/08/10 | 11004 | LEE E. WOODARD, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/08/2010 FOR CASE #07-31459, Bond #016027938 - 11/1/10 to 11/1/11 | 2300-000 | | 82.79 | 455.90 |
| 01/03/11 | | From Account #9200******9219 | Close TIA via TIA Rollover | 9999-000 | 120,899.86 | | 121,355.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.89 | | 121,358.65 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.79 | | 121,361.44 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.09 | | 121,364.53 |
| 04/15/11 | 11005 | NEW YORK STATE INCOME TAX | 2010 IT-205; TAXPAYER ID#13-7581637 | 2990-000 | | 5,351.00 | 116,013.53 |
| 04/15/11 | 11006 | U.S. TREASURY | 2010 FORM 1041; TAXPAYER ID#13-7581637 | 2990-000 | | 17,103.00 | 98,910.53 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.85 | | 98,913.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.52 | | 98,915.90 |
| 06/09/11 | {13} | NEW YORK STATE DEPT. OF TAXATION & FINANCE | REFUND OF MONIES PAID WITH FIDUCIARY TAX RETURN; JP MORGAN CHASE BANK | 1290-000 | 5,358.04 | | 104,273.94 |
| 06/20/11 | 11007 | NEW YORK STATE INCOME TAX | 2010 IT-205/IT-201; TAXPAYER ID#13-7581637 | 2990-000 | | 5,351.00 | 98,922.94 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.84 | | 98,923.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.85 | | 98,924.63 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.75 | 98,730.88 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 98,731.71 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 229.97 | 98,501.74 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.80 | | 98,502.54 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 98,503.37 |
| 11/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.53 | | 98,503.90 |
| 11/21/11 | | To Account #9200******9266 | TRANSFER TO CHECKING ACCOUNT FOR DISTRIBUTION | 9999-000 | | 98,503.90 | 0.00 |

Subtotals: $126,815.41    $126,815.41

{} Asset reference(s)    Printed: 01/23/2012 09:54 AM    V.12.57

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.

**Taxpayer ID #:** **-***1637  
**Period Ending:** 01/23/12

**Trustee:** LEE E. WOODARD (520169)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-65 - Money Market Account  
**Blanket Bond:** $15,207,314.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 126,815.41 | 126,815.41 | $0.00 |
| | | | Less: Bank Transfers | | 121,438.39 | 98,503.90 | |
| | | | **Subtotal** | | 5,377.02 | 28,311.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,377.02** | **$28,311.51** | |

{} Asset reference(s)

Printed: 01/23/2012 09:54 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 07-31459  
**Case Name:** CUTLER, JESSICA L.  
**Taxpayer ID #:** **-***1637  
**Period Ending:** 01/23/12  

**Trustee:** LEE E. WOODARD (520169)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $15,207,314.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******9265 | TRANSFER TO CHECKING ACCOUNT FOR DISTRIBUTION | 9999-000 | 98,503.90 | | 98,503.90 |
| 12/05/11 | 10101 | LEE E. WOODARD | Dividend paid 100.00% on $95.21, Trustee Expenses; Reference: | 2200-000 | | 95.21 | 98,408.69 |
| 12/05/11 | 10102 | LEE E. WOODARD | Dividend paid 100.00% on $9,595.48, Trustee Compensation; Reference: | 2100-000 | | 9,595.48 | 88,813.21 |
| 12/05/11 | 10103 | DAVID T. HAGGERTY, C.P.A. | Dividend paid 100.00% on $600.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 600.00 | 88,213.21 |
| 12/05/11 | 10104 | HARRIS BEACH PLLC | Dividend paid 100.00% on $8,840.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,840.00 | 79,373.21 |
| 12/05/11 | 10105 | Internal Revenue Service | Dividend paid 73.92% on $98,436.88; Claim# 8P-2; Filed: $98,436.88; Reference: | 5800-000 | | 72,771.79 | 6,601.42 |
| 12/05/11 | 10106 | NYS DEPT OF TAX AND FINANCE | Dividend paid 73.92% on $8,929.61; Claim# 9; Filed: $8,929.61; Reference: | 5800-000 | | 6,601.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 98,503.90 | 98,503.90 | $0.00 |
| | | | Less: Bank Transfers | | 98,503.90 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 98,503.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $98,503.90 | |

Net Receipts : 126,911.80  
Net Estate : $126,911.80  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****92-19 | 303.64 | 0.00 | 0.00 |
| MMA # ***-*****92-65 | 121,134.92 | 96.39 | 0.00 |
| Checking # ***-*****92-66 | 0.00 | 0.00 | 0.00 |
| TIA # 9200-******92-19 | 96.22 | 0.00 | 0.00 |
| MMA # 9200-******92-65 | 5,377.02 | 28,311.51 | 0.00 |
| Checking # 9200-******92-66 | 0.00 | 98,503.90 | 0.00 |
| | $126,911.80 | $126,911.80 | $0.00 |

{} Asset reference(s)     Printed: 01/23/2012 09:54 AM     V.12.57